THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY BURKE, Appellant, *v.* WILLIAM MCLOUGHLIN, as Warden of the City Prison, City of New York, Respondent.

*People ex rel. Burke* v. *McLoughlin*, 152 App. Div. 912, affirmed.
(Argued February 28, 1913; decided March 18, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

September 10, 1912, which affirmed an order of Special Term dismissing a writ of habeas corpus and remanding the relator to custody.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*James C. Cropsey, District Attorney (Hersey Egginton* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.